

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-13-00205-CV
_____

TERESA JO BOYD, APPELLANT

V.

DANIEL ALAN BOYD, APPELLEE

On Appeal from the 84th District Court
Hansford County, Texas
Trial Court No. CV04985; Honorable William D. Smith, Presiding

September 26, 2013

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is a motion to dismiss filed by Appellant, Teresa Jo Boyd, in which she represents she no longer desires to pursue this appeal. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice